IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN BUTLER | : | CIVIL ACTION |
| | : | NO. 12-1955 |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

And now, on this 17th day of September, 2014, upon consideration of the motion for summary judgment of defendants the City of Philadelphia, Police Officer Perez, Police Officer Barr and Police Officer Borrero (Dkt. No. 77), plaintiff Calvin Butler's response (Dkt. No. 83) and consistent with the accompanying memorandum of law, it is ORDERED that the motion is GRANTED

and JUDGMENT is entered in favor of defendants the City of Philadelphia, Police Officer Perez, Police Officer Barr and Police Officer Borrero and against plaintiff Calvin Butler.

The Clerk of Court shall mark this matter CLOSED.

                                                                             ___/s/ Thomas O'Neill_____
                                                                             THOMAS N. O'NEILL, JR., J.